IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| WILBERT THOMAS, | : | 1:13-cv-2290 |
| --- | --- | --- |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | Hon. Thomas M. Blewitt |
| PENN WASTE, INC., | : | |
| Defendant. | : | |

## ORDER

### October 3, 2013

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Blewitt (Doc. 4) is **ADOPTED** in its entirety.

2. Plaintiff Wilbert Thomas request to proceed *in forma pauperis* (Doc. 2) is **GRANTED**.

3. Plaintiff Wilbert Thomas' complaint (Doc. 1) is **DISMISSED** with prejudice.

4. The Clerk of Court is directed to **CLOSE** the file on this case.

s/ John E. Jones III
John E. Jones III
United States District Judge